IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| ELBERT J. THACKER, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>5:21-cv-00174-JPB (Bailey) |

PLAINTIFF'S UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF SETTLEMENT
AND ENTRY OF SCHEDULING ORDER

Plaintiff Elbert J. Thacker, by counsel and on behalf of the proposed settlement class, respectfully submits the above-styled motion and requests the following:

(1) That the Court enter an order preliminarily approving the Parties' proposed Class Settlement and Release Agreement (the "Settlement Agreement") attached as Exhibit A, which order, *inter alia* (i) provisionally certifies the proposed settlement class for settlement purposes only; (ii) appoints Plaintiff as class representatives and Plaintiff's counsel as class counsel; (iii) approves the form, manner, and content of class notice and the procedures for settlement class members to opt out or object; and (iv) approves Class-Settlement.com as the settlement administrator,

(2) That the Court establishes a schedule to complete the tasks necessary to effectuate the proposed settlement, and

(3) That the Court stays the action pending Final Approval of the Settlement (except that the stay of proceedings shall not prevent the filing of any motions, declarations, and other filings necessary to obtain and preserve final judicial approval of this Settlement Agreement).

Plaintiff is authorized to state that Defendant does not oppose this Motion. Grounds for this Motion are set forth in the accompanying Memorandum. Attached to this Motion are the following exhibits and a proposed order:

Exhibit 1: Class Settlement and Release Agreement and Exhibits

Exhibit 2: Declaration of Patricia M. Kipnis

Proposed Order Granting Motion for Preliminary Approval


Respectfully Submitted,

*s/ Jonathan R. Marshall*
Jonathan R. Marshall (WVSB #10580)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555

Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road
Suite 300
Cherry Hill, New Jersey 08002
pkipnis@baileyglasser.com

Jason E. Causey (WVSB #9482)
Bordas & Bordas, PLLC
1358 National Road
Wheeling, WV 26003
jcausey@bordaslaw.com

*Counsel for Plaintiff*