# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **ELBERT J. THACKER, individually and on behalf of a class of similarly situated individuals,** )<br>)<br>)<br>) | |
| **Plaintiff,** ) | **CIVIL ACTION NO.** |
| ) | |
| **v.** ) | **5:21-cv-00174-JPB (Bailey)** |
| ) | |
| **PHH MORTGAGE CORPORATION,** ) | |
| ) | |
| **Defendant.** )<br>)<br>)<br>) | |

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT

Plaintiff Elbert J. Thacker, by counsel and on behalf of the conditionally certified class, hereby respectfully submits this Motion for Final Approval of Settlement. Plaintiff respectfully requests that the Court enter an Order, consistent with the terms of the Settlement Agreement, finding that:

(1) The Class Notice implemented pursuant to the Agreement (a) constituted the best practicable notice under the circumstances; (b) constituted notice that was reasonably calculated, under the circumstances, to apprise the Settlement Class of the pendency of the Action, their right to object or exclude themselves from the Agreement and proposed Settlement; and to appear at the Fairness Hearing; (c) was reasonable and constituted due, adequate and sufficient notice to all persons entitled to receive notice; and (d) met all applicable requirements of the Federal Rules of Civil Procedure, the Due Process Clause of the United States Constitution, and the rules of the Court;

(2) The Agreement and the proposed Settlement are approved as fair, reasonable and adequate as to, and in the best interests of, the Settlement Class Members, and the Parties and their counsel are directed to implement and consummate the Agreement according to its terms and provisions;

(3) The Agreement is binding upon, and shall have res judicata and collateral estoppel effect in all pending and future lawsuits or other proceedings maintained by or on behalf of, Plaintiff and the Settlement Class Members;

(4) The Release set forth in Section 3 of the Agreement is incorporated herein and made effective as of the Final Settlement Date and the Released Persons are forever discharged as set forth in the Release;

(5) Settlement Class Members are permanently barred and enjoined from filing, commencing, prosecuting, intervening in, or participating (as class members or otherwise) in, any lawsuit or other action in any jurisdiction based on the Released Claims;

(6) The Parties are authorized without further approval from the Court, to agree to and adopt such amendments, modifications and expansions of the Agreement and its implementing documents (including all exhibits to this Agreement) if such changes are not materially inconsistent with the Court's Final Order and Judgment or do not materially limit, or materially and adversely affect, the rights or obligations of the Settlement Class Members under the Agreement;

(7) The Court retains continuing and exclusive jurisdiction over all matters relating to the Settlement or the consummation of the Settlement; the validation of the Settlement; the construction and enforcement of the Settlement and any orders entered pursuant thereto; and all other matters pertaining to the Settlement or its implementation and enforcement;

(8) The Action is dismissed on the merits and with prejudice (including all individual claims and class action claims presented thereby) shall be final and entered forthwith, without fees or costs to any Person or Party except as provided in this Agreement; and

(9) Without affecting the finality of the Final Order and Judgment for purposes of appeal, the Court retains jurisdiction as to the administration, consummation, enforcement and interpretation of the Agreement and the Final Order and Judgment, and for any other necessary purpose.

A proposed order encompassing these terms as well as those set forth in Plaintiff's Motion for Attorney's Fees, Costs and Service Award (ECF No. 50) is being filed concurrently.

The Court has scheduled a final approval hearing for November 14, 2022.

WHEREFORE, Plaintiff requests that this Court grant this motion and enter a final order pursuant to the terms set forth above.

        Respectfully submitted,

        Plaintiff,
        By Counsel.

*/s/ Jonathan R. Marshall*
Jonathan R. Marshall (WVSB #10580)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
jmarshall@baileyglasser.com
(304) 345-6555

Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road
Suite 300
Cherry Hill, New Jersey 08002
pkipnis@baileyglasser.com

- and -

3

Jason E. Causey (WV State Bar #9482)
BORDAS & BORDAS, PLLC
106 East Main Street
St. Clairsville, OH 43950
(740) 695-8141
jcausey@bordaslaw.com